UNITED STATES of America,
Plaintiff–Appellee,

v.

Johnny S. ESTRADA, Jr., also known
as Juanillo, Defendant–
Appellant.

No. 06–50437

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Russell David Hunt, Jr., Law Offices of
Russ Hunt Jr., Austin, TX, for Defendant–
Appellant.

Before HIGGINBOTHAM, WIENER,
and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Johnny S. Estrada, Jr., raises argu-
ments that are foreclosed by *United States
v. Gamez–Gonzalez*, 319 F.3d 695, 699–700
(5th Cir.2003), which held that knowledge
of the drug type is not a material element
of the offense under 21 U.S.C. § 841, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

by *United States v. Valencia–Gonzales,* 172 F.3d 344, 345–46 (5th Cir.1999), which held that the defendant may be sentenced under the guidelines according to the drug he was carrying rather than the drug he believed he was carrying. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.